## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| NATHAN EASTERLING | CIVIL DOCKET NO. 3:23-CV-0676 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DENNIS MUSE, ET AL | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 23] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's MOTION TO REMAND [Doc. 7] is GRANTED, and this matter is hereby remanded to the Fourth Judicial District Court for the Parish of Quachita, State of Louisiana, whence it was removed.  28 U.S.C. § 1447(c).

THUS, DONE AND SIGNED in chambers, on this 22nd day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE